UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH DANIEL ANDERSON III | § | |
| | § | |
| Petitioner | § | |
| VS. | § | CIVIL ACTION NO. C-10-310 |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On March 1, 2011, United States Magistrate Judge B. Janice Ellington signed a Memorandum and Recommendation recommending that respondent's motion to dismiss the petition as moot (D.E. 21) and petitioner's motion for change of venue (D.E. 14) be denied; and recommending further that all § 2241 relief requested in the petition be denied because petitioner's sentence is being correctly calculated. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that respondent's motion to dismiss the petition as moot (D.E. 21) and petitioner's motion for change of venue (D.E. 14) are denied. It is further ORDERED that all § 2241 relief requested in the petition is denied because petitioner's sentence is being correctly calculated.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 14th day of April, 2011.

_____
Janis Graham Jack
United States District Judge